THE STATE ex rel. UNDERWOOD et al., Appellants, v. FRAKER et al.

### Division Two, May 13, 1902.

Certiorari: WRIT QUASHED BEFORE RETURN. A writ of certiorari issued by the Supreme Court may, on motion made in such court, be quashed, although no return to the writ has been made (Following State ex rel. Walbridge v. Valliant, 123 Mo. 524).

Appeal from Schuyler Circuit Court.—*Hon. E. R. McKee,* Judge.

AFFIRMED.

*John D. Smoot* and *Higbee & Mills* for appellants.

*Fogle & Eason* for respondents.

SHERWOOD, P. J.—Proceeding to vacate a public road. Certiorari was issued, but subsequently the court, on motion of respondents, quashed the writ. This court, in State ex rel. Walbridge v. Valliant, Judge, 123 Mo. 524, decided that a writ of certiorari issued by this court could, before return made, be quashed on motion made in this court. The lower court, in the case at bar, quashed the writ in that court on motion made by respondents before return made.

Following the ruling in the case instanced, we affirm the judgment from which relators below, appellants here, have appealed. All concur.